No. 11–1396. GATES v. RYAN, DIRECTOR, ARIZONA DEPART-
MENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

· No. 11–1398. MILLER v. PATRICK HENRY ESTATES HOMEOWN-
ERS ASSN., INC. C. A. 4th Cir. Certiorari denied. 

No. 11–1399. AVENIDA SAN JUAN PARTNERSHIP v. CITY OF
SAN CLEMENTE, CALIFORNIA, ET AL. Ct. App. Cal., 4th App.
Dist., Div. 1. Certiorari denied. 

No. 11–1400. JP BUILDERS, INC. v. LEEBOVE ET AL. Ct. App.
Cal., 1st App. Dist. Certiorari denied.

No. 11–1401. KHAKSARI v. CHAIRMAN, BROADCASTING BOARD
OF GOVERNORS. C. A. D. C. Cir. Certiorari denied. 

No. 11–1403. MONTANA SULPHUR & CHEMICAL CO. v. ENVI-
RONMENTAL PROTECTION AGENCY. C. A. 9th Cir. Certiorari de-
nied. 

No. 11–1405. ARLOTTA v. JOHNSON, INDIVIDUALLY AND ON
BEHALF OF YOUNGS. Ct. App. Minn. Certiorari denied.

No. 11–1406. HEERSCHAP v. HEERSCHAP. Sup. Ct. Va. Cer-
tiorari denied.

No. 11–1408. RUDY v. KAPPOS, UNDER SECRETARY OF COM-
MERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT
AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 11–1410. DHILLON v. ZIONS FIRST NATIONAL BANK ET AL.
C. A. 11th Cir. Certiorari denied. 

No. 11–1412. GAYNOR v. TAYLOR, WARDEN. C. A. 4th Cir.
Certiorari denied. 

No. 11–1413. CORBETT v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.